ACCEPTED
12-14-00297CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/10/2015 10:20:23 AM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00297-CR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/10/2015 10:20:23 AM
CATHY S. LUSK
Clerk

IN THE COURT OF APPEALS

TWELFTH DISTRICT OF TEXAS

TYLER, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PEDRO YONATAN HERNANDEZ, JR., Appellant

v.

STATE OF TEXAS, Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE'S MOTION FOR EXTENSION OF TIME TO
FILE ITS APPELLATE BRIEF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now Appellee State of Texas, by its Assistant District Attorney, Andrew C.

Weber, and presents for filing its Motion for Extension of Time to File its Appellate Brief in

the above-styled and numbered cause of action.

1

## I.

Appellant was charged by indictment with the offense of Aggravated Sexual Assault of a Child, Cause No. 19027 and styled State of Texas v. Pedro Yonatan Hernandez, Jr.

On the August 12, 2014, Appellant Pedro Yonatan Hernandez, Jr. was found guilty by a jury and sentenced to fifty (50) years in the Institutional Division of the Texas Department of Criminal Justice.

## II.

Appellant's Brief was filed in this Court on February 5, 2015. The State's Brief is due by March 9, 2015. The State seeks leave of Court to file its Brief by April 9, 2015, and in support thereof submits the following:

1. Pedro Yonatan Hernandez, Jr., the Appellant in the above-styled and numbered cause.

2. This is the first extension requested by the State.

3. The undersigned attorney works in a three prosecutor office with limited resources.

4. The undersigned attorney has entered employment with the Cherokee County District Attorney's office on February 23, 2015, and as such, had no previous

knowledge of the case at bar.

5. The undersigned attorney has appeared in many hearings and pre-trials since receiving Appellant's brief.

WHEREFORE, PREMISES CONSIDERED, State of Texas prays the Court of Appeals will grant its Motion, and allow for the filing of its appellate Brief by 5:00 P.M., April 9, 2015.

RESPECTFULLY SUBMITTED BY:

Andrew C. Weber
Assistant District Attorney
135 South Main Street
Rusk, Texas 75785
903.683.2573
Texas Bar No. 24093333

# VERIFICATION

STATE OF TEXAS                                    §
                                                  §
COUNTY OF CHEROKEE                                §

BEFORE ME, the undersigned authority, on this day personally appeared Andrew C. Weber, who, upon his oath, deposes the following:

My name is Andrew C. Weber. I am an attorney representing the Cherokee County District Attorney's office. I have prepared and reviewed the contents of the foregoing Motion as it pertains to the above-styled and -numbered causes of action, and I affirm that its contents are true and correct to my personal knowledge and information.

FURTHER AFFIANT SAITH NOT.

Andrew C. Weber, Affiant

Sworn to and subscribed before me on the ___ day of March, 2015, to which witness

my hand and seal of office.

My Commission expires 7.5.17

SHASTA M. BAILES
Notary Public, State of Texas
My Commission Expires
July 05, 2017

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing State's Motion for Extension of Time to File its Appellate Brief was delivered to Mr. Forrest K. Phifer, by way of facsimile transmission and/or hand-delivery on the 6th day of March, 2015.

Andrew C. Weber